In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00181-CR
_____

BOBBY ERNEST SMITH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 75th District Court
Liberty County, Texas
Trial Cause No. CR31219

## ORDER

Appellant, Bobby Ernest Smith, filed a motion to abate the appeal and to remand the case to the trial court for an evidentiary hearing on Smith's motion for new trial. The trial court scheduled a timely hearing but could not proceed with the hearing on the motion for new trial because defense counsel did not request a bench warrant and the appellant was not present for the hearing. Smith contends he is entitled to an evidentiary hearing on his motion for new trial. *See generally* Tex.

R. App. P. 44.4. The State did not object to an abatement and remand for an evidentiary hearing on the appellant's motion for new trial.

We abate the appeal and remand the case to the trial court for a motion for new trial hearing at which counsel for the State, counsel for the appellant, and appellant shall be present in person. A supplemental reporter's record of the motion for new trial hearing and a supplemental clerk's record containing any orders and findings of the trial court shall be filed with the Court of Appeals on or before November 23, 2015. The appeal shall be reinstated without further order of this Court when the supplemental record is filed.

ORDER ENTERED October 22, 2015.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.